NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRIS CONNEX, LLC,**
*Plaintiff-Appellant*

v.

**APPLE INC., ASUS COMPUTER INTERNATIONAL, BLACKBERRY CORPORATION, DELL INC., FUJITSU AMERICA, INC., HTC AMERICA, INC., LG ELECTRONICS U.S.A., INC., MICROSOFT CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA, SAMSUNG ELECTRONICS AMERICA, INC., SHARP ELECTRONICS CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,**
*Defendants-Appellees*

---

2016-2627

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-01909-JRG, 2:15-cv-01911-JRG, 2:15-cv-01913-JRG, 2:15-cv-01914-JRG, 2:15-cv-01915-JRG, 2:15-cv-01916-JRG, 2:15-cv-01918-JRG, 2:15-cv-01921-JRG, 2:15-cv-01922-JRG, 2:15-cv-01923-JRG, 2:15-cv-01925-JRG, and 2:15-cv-01927-JRG, Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

# **O R D E R**

Upon consideration of appellant Iris Connex, LLC's unopposed motions to withdraw Huawei Device USA Inc., Lenovo (United States) Inc., Motorola Mobility LLC, Sony Mobile Communications (USA) Inc., TCT Mobile, Inc., and Acer America Corp. as parties to this appeal,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31